03-16-00632-CV

ACCEPTED
03-16-00632-CV
13114031
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/6/2016 10:38:02 PM
JEFFREY D. KYLE
CLERK

## Cause No. D-1-GN-15-002634

October 06, 2016

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/6/2016 10:38:02 PM
JEFFREY D. KYLE
Clerk

Velva L. Price
Travis County District Clerk
1000 Guadalupe Street
Austin, Texas 78701

> RE: cause no. d-1-gn-15-002634, *Nawaid Isa v. Public Utility Commission of Texas, Ambit Energy LLC, and CenterPoint Energy Houston Electric LLC* in the 201 Judicial District Court of Travis County, Texas

### Request for Preparation of Clerk's Record

Dear Ms. Velva L. Price:

Plaintiff Nawaid Isa filed a notice of appeal in this case on September 20, 2016. Pursuant to Texas Rule of Appellate Procedure 34.5(a) and (b), plaintiff requests the clerk to prepare a clerk's record of the proceedings for inclusion in the appellate record.

Pursuant to Texas Rule of Appellate Procedure 34.5(a), Plaintiff also requests that following items be made part of the said record:

1.  Plaintiff Nawaid Isa's Original Petition for Judicial Review filed on 7/2/2015
2.  Plaintiff Nawaid Isa's Amended Response Brief filed on 6/2/2016
3.  Defendants' Joint Reply on Plea to the Jurisdiction filed on 7/11/2016

Thank you for your assistance in this matter.

Respectfully Submitted,

Nawaid Isa

17311 Endel Way
Richmond TX 77407
832-443-3340 Phone
nawaidisa@hotmail.com Email
**PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Travis County District Clerk and that a true and correct copy was electronically served on the following parties of record in this proceeding on this 6th day of October 2016.

Megan M. Neal
Assistant Attorney General
State Bar No. 24043797
Environmental Protection Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
512-463-2012
512-320-0911 (fax)
megan.neal@texasattorneygeneral.gov
**COUNSEL FOR PUBLIC UTILITY COMMISSION OF TEXAS**

J. Kay Trostle
Smith Trostle & Huerta LLP
4401 Westgate Blvd., Suite 330
Austin, Texas 78745
512-494-9500
512-494-9505 (fax)
ktrostle@smithtrostle.com
**COUNSEL FOR AMBIT ENERGY LLC**

Stephanie Bundage Juvane
State Bar No. 24054351
CENTERPOINT ENERGY SERVICE COMPANY LLC
1111 Louisiana Street, 46th Floor
Houston, Texas 77002
stephanie.bundage@centerpointenergy.com

Julie Caruthers Parsley
State Bar No. 15544920
Kate Norman
State Bar No. 24051121
Parsley Coffin Renner LLP
P.O. Box 13366
Austin, TX 78711
512-879-0900
512-879-0912 (fax)
julie.parsley@pcrllp.com
kate.norman@pcrllp.com
**COUNSEL FOR CENTERPOINT ENERGY**

_____
Nawaid Isa